**JW | Jackson Walker LLP**

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 NOV -9 PM 4:38

DEPUTY_____

Jon Mark Hogg
(325) 481-2560 (Direct Dial)
(325) 481-2585 (Direct Fax)
jmhogg@jw.com

November 9, 2018

**By Hand**

Ms. Donna Rohmfeld
Deputy U.S. District Clerk
Northern District
33 E. Twohig Avenue, Room 202
San Angelo, Texas 76903-6451

Re:   No. 6:18-CV-00015-C; Patsy K. Cope et al v. Coleman County, Texas et al

Dear Ms. Mitchell:

With regard to the Appendix to Defendants which was efiled today, enclosed is the CD containing live jail surveillance videos referenced in the Appendix as Tab 6. Please file the CD in the Court's file on the above referenced matter.

Sincerely,

Jon Mark Hogg

Enclosure

JMH:wp

cc:   T. Dean Malone
      Law Offices of Dean Malone
      Founders Square
      900 Jackson Street, Suite 730
      Dallas, Texas 75202

21850862v.1

Coleman County Jail Surveillance Videos

