IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

PATSY K. COPE and ALEX ISBEL, , )
*as Dependent Administrator of, and on behalf* )
*of, the Estate of Derrek Quinton Gene* )
*Monroe and his heirs at law*, )
        )
        Plaintiffs, )
        )
v. )
        )
COLEMAN COUNTY, *et al.*, )
        )
        Defendants. )     Civil Action No. 6:18-CV-015-C

### ORDER

Defendants Leslie W. Cogdill, Mary Jo Brixey, and Jessie W. Laws shall provide the

Court with a courtesy copy of the Appendix in Support of Defendants' Motion for Summary

Judgment [Doc 21] filed November 9, 2018, and all attachments[1] on or before 3:00 p.m. on

December 4, 2018. The courtesy copies should be delivered to the Court at the following

address:

     1205 Texas Avenue, Room C-210, Lubbock, Texas 79401.

     SO ORDERED.

     Dated this 14th day of November, 2018.

                            SAM R. CUMMINGS
                         SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copies should be stapled or bound.