UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| PATSY K. COPE, individually, and ALEX ISBELL, as dependent administrator of, and on behalf of, the ESTATE OF DEREK QUINTON GENE MONROE and his heirs-at-law, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:18-cv-0015-C |
| v. | § § | |
| COLEMAN COUNTY, TEXAS; and LESLIE W. COGDILL; MARY JO BRIXEY; and JESSIE W. LAWS, | § § § | |
| Defendants. | | |

**APPENDIX TO PLAINTIFFS' RESPONSE TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

T. Dean Malone
Law Offices of Dean Malone, P.C.
Texas State Bar No. 24003265
dean@deanmalone.com
Michael T. O'Connor
Texas State Bar No. 24032922
michael.oconnor@deanmalone.com
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:     (214) 670-9989
Telefax:          (214) 670-9904

Bruce K. Thomas
Texas State Bar No. 19844300
Law Office of Bruce K. Thomas
3710 Rawlins St., Ste 975
Dallas, Texas 75219
Telephone:     (214)296-9650
Telefax:          (214)296-9650
bthomas@bthomaslaw.com

Attorneys for the Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

Jon Mark Hogg
Amanda N. Crouch
Jackson Walker, L.L.P.
135 W. Twohig Ave, Suite C
San Angelo, Texas  76903

                <u>/s/ T. Dean Malone</u>
                T. Dean Malone

APPENDIX TO PLAINTIFFS' SUMMARY JUDGMENT RESPONSE

Tab A: Deposition of Brandon N. Gates

Tab B: DWQ response from Classen Buck Seminars (2013 Cogdill Suicide Prevention Course Materials)

Tab C: Subpoena response from Bill Blackwood LEMI of TX (Cogdill 2017 Course Materials)

Tab D: Subpoena response from TX Assoc of Counties (Laws and Brixey Suicide Prevention Course Materials [excerpts])

Tab E: Autopsy Report