IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| PATSY K. COPE, individually, and ALEX ISBELL, as dependent administrator of, and on behalf of, the ESTATE OF DERREK QUINTON GENE MONROE and his heirs-at-law | § § § § § § | |
| v. | § § | NO. 6:18-cv-00015-C |
| COLEMAN COUNTY, TEXAS; LESLIE W. COGDILL; MARY JO BRIXEY; and JESSIE W. LAWS | § § § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE SAM CUMMINGS:

    Notice is hereby given that Defendants Leslie W. Cogdill, Mary Jo Brixey, and Jessie W. Laws hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Denying Motion for Summary Judgment entered in this action on April 25, 2019 and the Order Denying Motion for Reconsideration entered in this action on June 24, 2019.

    Respectfully submitted,

    JACKSON WALKER L.L.P.
    135 W. Twohig Ave., Suite C
    San Angelo, Texas  76903
    (325) 481-2560
    (325) 481-2585 - Facsimile

    By: /s/ Jon Mark Hogg
        Jon Mark Hogg
        jmhogg@jw.com
        State Bar No. 00784286
        Amanda N. Crouch
        acrouch@jw.com
        State Bar No. 24077401

    ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    This is to certify that on the 17th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record on file.

                                              /s/ Jon Mark Hogg
                                              Jon Mark Hogg