# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

April 22, 2022

Mr. Scott Harris  
Supreme Court of the United States  
One First Street, N.E.  
Washington, DC 20543

    No. 19-10798    Cope v. Cogdill  
                          USDC No. 6:18-CV-15  
                          Supreme Court No. 21-783

Dear Mr. Harris,

Pursuant to your recent request, I write to advise you that the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Lisa E. Ferrara, Deputy Clerk  
                                        504-310-7675

cc:  
    Mr. Jon Mark Hogg  
    Mr. Thomas Dean Malone  
    Ms. Karen S. Mitchell  
    Mr. Bruce K. Thomas