| | |
|---|---|
| **From:** | Laurie Gray |
| **To:** | Paige Pustka |
| **Subject:** | RE: Record Request in 5th Circuit Case No. 19-10798 6:18-cv-00015-C |
| **Date:** | Tuesday, April 26, 2022 1:19:39 PM |

Thank you!  Received.

*Laurie*

*Laurie Gray*
*Administrative Assistant*
*   to the Clerk of Court*
*Supreme Court of the United States*
*One First Street, NE*
*Washington, DC  20543*
*202-479-3294*
*LGray@supremecourt.gov*

---

**From:** Paige Pustka <Paige_Pustka@txnd.uscourts.gov>
**Sent:** Tuesday, April 26, 2022 12:39 PM
**To:** Laurie Gray <lgray@supremecourt.gov>
**Subject:** Record Request in 5th Circuit Case No. 19-10798 6:18-cv-00015-C

Good Afternoon Ms. Gray,

Attached is the 5th Circuit Electronic Record On Appeal (EROA). I am sending you the Original Appeal Record and the Original Sealed portion of the Appeal Record.
Please contact me if you need any further information.

Respectfully,

Paige Pustka
Operations Support Specialist
U.S. District Court- Northern District of Texas- San Angelo Division
(325) 655-4506