IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| PATSY K. COPE, individually, and ALEX ISBELL, as dependent administrator of, and on behalf of, the ESTATE OF DERREK QUINTON GENE MONROE and his heirs-at-law | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 6:18-cv-00015-H |
| COLEMAN COUNTY, TEXAS | § § § § | |

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBITS

TO THE HONORABLE JUDGE OF THIS COURT:

In accordance with this Court's Scheduling Order (Doc. 139), Plaintiffs' Objections to Defendant's Exhibits are listed below. In accordance with local rule 7.1, Plaintiff submits the exhibits in the form of an appendix.

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBITS**

| Ex. No. | Appendix Page Numbers | Bates No(s) / Deposition Exhibit No(s) | Objection |
|---|---|---|---|
| D3 | 0001-0056 | Coleman County Jail Inspection Reports | Not relevant as to constitutional claims FRE 401, 403 (probative value substantially outweighed by danger of misleading the jury), Hearsay under 801(c), 802, and 805. |
| D6 | 0057-0071 | Order Enforcing and Modifying Support Obligation - | Not relevant under FRE 401 (does not make a material fact more or less likely), improper character evidence under FRE 404(b), and lacking proper certification under FRE 902. |
| D7 | 0072-0081 | DPS Criminal History for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusion, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |

| Ex. No. | Appendix Page Numbers | Bates No(s) / Deposition Exhibit No(s) | Objection |
|---|---|---|---|
| D8 | 0082-101 | Coleman County Sheriff's Office Inmate Arrest Record for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D9 | 0102-0117 | Coleman County Sheriff's Office Inmate Arrest Record for Monroe - 07/11/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D14 | 0118 | Coleman County Sheriff's Office Inmate Arrest Record for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D18 | 0119-0120 | Monroe's list of offense records - 2006-2012 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D25 | 0121 | Admission Data – Jail Inmate's Medical History - 09/29/17 | Plaintiffs would not object to this exhibit if and only if all information regarding the decedent's pending charges for which he was booked were redacted. Opposing counsel indicated his preference not to redact. Thus, Plaintiffs must object to this exhibit. Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b), and hearsay under FRE 801(c), 802, and 805. |
| D26 | 0122-0124 | Crime Cog Medical Questions | Plaintiffs would not object to this exhibit if and only if all information regarding the decedent's pending charges for which he was booked were redacted. Opposing counsel indicated his preference not to redact. Thus, Plaintiffs must object to this exhibit. because it contains the pending charges of which the Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, |

| Ex. No. | Appendix Page Numbers | Bates No(s) / Deposition Exhibit No(s) | Objection |
|---|---|---|---|
| | | | confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b), and hearsay under FRE 801(c), 802, and 805. |
| D27 | 0125-0127 | Coleman County Medical Center Patient Care Instructions - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues misleading the jury, undue delay, and waste of time). |
| D28 | 0128 | Coleman County Medical Center Medication Reconciliation - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues misleading the jury, undue delay, and waste of time). |
| D29 | 0129-0130 | Coleman County Medical Center Patient Care Instructions - 09/30/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues misleading the jury, undue delay, and waste of time). |
| D30 | 0131 | Contact info for next medical appointment - 09/30/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues misleading the jury, undue delay, and waste of time). |
| D31 | 0132-0137 | Driver Record Search for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D32 | 0138-0139 | NCIC Inmate Search for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D33 | 0140-0141 | DPS Criminal History for | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, |

| Ex. No. | Appendix Page Numbers | Bates No(s) / Deposition Exhibit No(s) | Objection |
|---|---|---|---|
|  |  | Monroe - 09/29/17 | confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D34 | 0142 | Prisoner's Jail Record for Monroe - 09/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D35 | 0143 | Coleman County Jail Inmate Charges and Discharge for Monroe 07/11/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, confusing the issues, and misleading the jury), improper character evidence under FRE 404(a)(1) and 404(b)(1), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D38 | 0144 | Booking Photos of Monroe | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice and undue delay). |
| D40 | 0145-0177 | Ranger Shea's Investigation Report - 11/28/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues, misleading the jury, and presenting cumulative evidence), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D41 | 0178-0197 | DPS Supplemental Report 9/29/17 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of confusing the issues, misleading the jury, and presenting cumulative evidence, including duplication of D40), and hearsay under FRE 801(c), 802, and 805. Further, the exhibit lacks proper certification under FRE 902. |
| D44 | 0198-0212 | Order in SAPCR - 10/2/09 | Not relevant under FRE 401, improper character evidence under FRE 404(b), and lacking proper certification under FRE 902. |
| D45 | 0213 | Motion for Enforcement of Child Support - 01/22/13 | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice and improper moral judgments), improper character evidence under FRE 404(b), lacking proper certification under FRE 902, and hearsay under FRE 801(c), 802, and 805. |
| D47 | 0214 | Indictment and Plea Documents and order of | Not relevant under FRE 401, 403 (probative value substantially outweighed by danger of unfair prejudice, misleading the jury, confusing the issues, and wasting time), improper character evidence under FRE 404(a)(1), 404(b)(2), |

| Ex. No. | Appendix Page Numbers | Bates No(s) / Deposition Exhibit No(s) | Objection |
|---|---|---|---|
| | | deferred adjudication of Alex Isbell for felony theft. - 01/22/13 | 608, and 609 (including the 10-year limitation under 609(b)(1)), and hearsay under FRE 801(c), 802, 805. |
| D49 | 0215-0231 | DWQ No Records Response from Texas Jail Association - 2/3/2023 | Not relevant under FRE 401 (does not make a fact of consequence more or less likely), 403 (any probative value is vastly outweighed by the danger of undue delay and wasting the court's time). |

Respectfully submitted:

Law Offices of Dean Malone, P.C.

*/s/Jessica Bebawi*

Jessica Bebawi

Attorney-in-charge:

T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street Suite 730
Dallas, Texas 75202
Telephone:    (214) 670-9989
Telefax:    (214) 670-9904

Of Counsel:

Jennifer Kingaard
Texas State Bar No. 24048593
jennifer.kingaard@gmail.com
Alexandra W. Payne
Texas State Bar No. 24118939
alexandra.payne@deanmalone.com
Jessica Bebawi
Texas State Bar No. 24108867
jessica.bebawi@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone:    (214) 670-9989
Telefax:    (214) 670-9904

Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 3, 2025, I conferred with counsel for Defendant Coleman County. Defendant was opposed to Plaintiffs' Objections.

/s/ Jessica Bebawi
Jessica Bebawi

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to all attorneys of record.

/s/ Jessica Bebawi
Jessica Bebawi